Surisa Rivers, State Bar No. 250868
Sarah Gross, State Bar No. 292170
SURISA RIVERS LAW OFFICE
2529 Foothill Blvd., Suite 202
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077
surisa@riverslawoffice.org
sarah@riverslawoffice.org

Wilmer J. Harris, State Bar No. 150407
Isabel M. Daniels, State Bar No. 270887
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
715 Fremont Avenue, Suite A
S. Pasadena, CA 91030
Phone: (626)441-4129
Fax: (626)283-5770
wharris@sshhlaw.com
idaniels@sshhlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLISA WARE, through her guardians ad litem, MONTE AND DENISE WARE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; BRUCE GARVER; AND SUPERINDENDENT, DAVID J. VIERRA, and DOES 1-10,<br><br>Defendants. | **CASE NO. 2:15-CV- 08124-DMG-AJW**<br><br>[PROPOSED] **ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: 10/15/15<br>Fourth Amended Complaint filed: 02/27/17<br>Trial Date: 03/13/18 |

- 1 -

**[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER**

The Court, having reviewed and considered the Stipulated Protective Order between the parties, submitted on September 25, 2017 (the "Stipulated Protective Order") and good cause appearing for same, hereby ORDERS as follows:

The Stipulated Protective Order shall be and hereby is approved and incorporated herein by its reference as though set forth in full as an Order of the Court.

**IT IS SO ORDERED.**

Date: September 27, 2017  _____

Hon. Andrew J. Wistrich
United States Magistrate Judge