Surisa Rivers, State Bar No. 250868
surisa@riverslawinc.com
RIVERS LAW, INC, APC
2529 Foothill Blvd. Suite 202
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077

Wilmer J. Harris, State Bar No. 150407
wharris@sshhlaw.com
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
715 Fremont Avenue, Suite A
S. Pasadena, CA 91030
Phone: (626)441-4129
Fax: (626)283-5770
wharris@sshhlaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLISA WARE, through her guardians ad litem, MONTE AND DENISE WARE,<br><br>     Plaintiff,<br><br> vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; BRUCE GARVER; AND SUPERINDENDENT, DAVID J. VIERRA, and DOES 1-10,<br><br>     Defendants. | **CASE NO. 2:15-cv-8124-DMG-SKx**<br><br>**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION ON PLAINTIFF'S FIRST, SECOND AND THIRD CLAIMS FOR RELIEF, OR, IN THE ALTERNATIVE, FOR SPECIFICATION OF MATERIAL FACTS WITHOUT SUBSTANTIAL CONTROVERSY**<br><br>Date:  March 23, 2018<br>Time: 3:00 p.m.<br>Place: Courtroom 8C<br><br>Hon. Dolly M. Gee, United States District Judge |

## DECLARATION OF WILMER J. HARRIS

I am an attorney-at-law and a partner with the firm Schonbrun Seplow Harris & Hoffman LLP, counsel of record for plaintiffs in the instant action. I have knowledge of the facts contained in this declaration and if called to testify, could and would testify competently about these facts. I make this declaration in support of Plaintiffs' Motion for Partial Summary Adjudication.

1.     On January 24, 2018, Plaintiff took the deposition of defendant Bruce Garver.  Attached hereto and marked as **Exhibit H** are true and correct copies of relevant portions of Mr. Garver's deposition.

2.     On February 1, 2018, Plaintiff took the deposition of Jerry Boyd, school psychologist at Antelope Valley Union High School District.  Attached hereto and marked as **Exhibit I** are true and correct copies of relevant portions of Mr. Boyd's deposition.

3.     On February 1, 2018, Plaintiff took the deposition of Kathleen Mercier, Ph.D., one of defendant's 30(b)(6) designees and a Program Specialist at Antelope Valley Union High School District.  Attached hereto and marked as **Exhibit J** are true and correct copies of relevant portions of Ms. Mercier's deposition.

4.     On February 9, 2018, Plaintiff took the deposition of Jody K. Sharp, a teacher on special assignment at Antelope Valley Union High School District. Attached hereto and marked as **Exhibit K** are true and correct copies of relevant portions of Ms. Sharp's deposition.

5.     On February 9, 2018, Plaintiff took the deposition of Elsa Balcazar, one of defendant's 30(b)(6) designees and part-time Home Hospital Teacher at Antelope Valley Union High School District.  Attached hereto and marked as **Exhibit L** are true and correct copies of relevant portions of Ms. Balcazar's deposition.

6.     On February 9, 2018, Plaintiff took the deposition of Matthew Case, one of defendant's 30(b)(6) designees and Director of Behavior Interventions at

1   Antelope Valley Union High School District.  Attached hereto and marked as
2   **Exhibit M** are true and correct copies of relevant portions of Mr. Case's deposition.

3         7.      Attached hereto and marked as **Exhibit N** is a true and correct copy of
4   a letter from Surisa Rivers to Bridget Cook of Antelope Valley Union High School
5   District, dated December 11, 2014.  Ms. Sharp authenticated this document, marked
6   as Exhibit 2 during her deposition, at 30:1-32:7. *See* Exhibit K, *supra*.

7         8.      Attached hereto and marked as **Exhibit O** is a true and correct copy of
8   Goodwill Industries of Orange County Referral Packet for School Districts, dated
9   March 6, 2015.  Ms. Sharp authenticated this document, marked as Exhibit 4 during
10  her deposition, at 52:25-53:25. See Exhibit K, *supra*.

11        9.      Attached hereto and marked as **Exhibit P** is a true and correct copy of
12  Goodwill Industries of Orange County Augmentative and Alternative
13  Communication Assessment Report dated May 26, 2015.  Ms. Sharp authenticated
14  this document, marked as Exhibit 6 during her deposition, at 60:20-61:2. *See*
15  Exhibit K, *supra*.

16        10.      Attached hereto and marked as **Exhibit Q** is a true and correct copy of
17  Antelope Valley SELPA IEP Amendment for Carlisa Ware, dated October 29, 2015.
18  Ms. Sharp authenticated this document, marked as Exhibit 14 during her deposition,
19  at 86:10-24. *See* Exhibit K, *supra*.

20        11.      Attached hereto and marked as **Exhibit R** is a true and correct copy of
21  *Guardian on Behalf of Student v. Vacaville Unified School District*, OAH Case No.
22  2015090255 (May 2, 2016).

23        I declare under penalty of perjury under the laws of the United States and the
24  State of California that the foregoing is true and correct.  Executed this 16th day of
25  February 2018 at South Pasadena, California.

26                          */s/Wilmer J. Harris*
27                          _____
28                           Wilmer J. Harris