# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLISA WARE, through her guardians ad litem, MONTE AND DENISE WARE,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; BRUCE GARVER; AND SUPERINDENDENT, DAVID J. VIERRA, and DOES 1-10,<br><br>Defendants. | **Case No.: CV 15-8124-DMG (SKx)**<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [252]** |

Pursuant to the parties' Stipulation, Plaintiff Carlisa Ware and Defendants Antelope Valley Union High School District and Bruce Garver, through their attorneys of record and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action is dismissed with prejudice, with each party to bear their own fees and costs, except as otherwise provided in the parties' settlement agreement. The Court shall retain jurisdiction solely to enforce the express terms and conditions of the parties' settlement agreement.

DATED: March 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE